**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **WILLIAM MICHAEL DEXTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **CIVIL ACTION 08-0427-WS-M** |
| | ) |
| **STATE OF ALABAMA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**JUDGMENT**

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 24th day of July, 2008.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE